FILED
7/21/22 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kevin J. and Diana L. Grecek                : Bankruptcy Case No. 22-21094-TPA
    *Debtor(s)*                               : Chapter 13

## PLAN CONFIRMATION ORDER

**AND NOW,** this **21st** day of **July, 2022**, it is hereby **ORDERED, ADJUDGED and DECREED,** with the consent of all the Parties in attendance, as follows:

**A**    The Chapter 13 Plan dated **June 6, 2022**, except as modified herein as numbered, below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court. The current Plan payment is *$2,540*.

**B**    **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED**:

    **1.**    **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

    **2.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **3.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

    **4.**    **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

    **5.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**C**    **IT IS FURTHER ORDERED THAT:**

    **1.**    Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

Revised 3/22/2022

2.  Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

3.  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

4.  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

5.  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

6.  Debtor(s) shall file an Amended Schedule I and/or J in the event of:

    (a) Household income increases by 10% or more over most the recently filed Schedule I, because of new employment, promotion, or otherwise.

    (b) A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or a 10% or more reduction of any line item expense on Schedule J.

    (c) Any indicated increase in disposable income as a result of an increase in income or decrease in payroll withholding or Schedule J expense (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation, decrease in expense, or increase in household income.

7.  Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

8.  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

9.  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

10. In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

11. Any prior Confirmation Order entered in this matter is *VACATED*.

_____  jlm
Thomas P. Agresti
United States Bankruptcy Judge

cc: All Parties in interest to be served by Clerk immediately

Revised 3/22/2022

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21094-TPA
Kevin J. Grecek Chapter 13
Diana L. Grecek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6
Date Rcvd: Jul 21, 2022      Form ID: pdf900      Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin J. Grecek, Diana L. Grecek, 1449 Blossom Hill Road, Pittsburgh, PA 15234-2345 |
| 15487840 | + | Comnenity / Sony Visa, PO Box 650969, Dallas, TX 75265-0969 |
| 15487854 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15487856 | + | Goldman Sachs And Co, PO Box 70321, Philadelphia, PA 19176-0321 |
| 15487857 | | Household Finance, 1604 W Newport Pike, Wilmington, DE 19804-3500 |
| 15487869 | + | Sunoco Inc., PO Box 70608, Philadelphia, PA 19176-0608 |
| 15487902 | + | TD Bank, PO Box 100290, Columbia, SC 29202-3290 |
| 15487903 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 15491326 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 21 2022 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 21 2022 23:51:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15487790 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 21 2022 23:48:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 15487793 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 21 2022 23:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15487791 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 21 2022 23:48:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15487795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 23:51:21 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 15487796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 23:51:21 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 15489486 | | Email/Text: BKPT@cfna.com | Jul 21 2022 23:48:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15487797 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 23:51:13 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 23:51:13 | Capital One / Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15487802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 23:51:25 | Capital One / Walmart Dc, PO Box 71087, Charlotte, NC 28272-1087 |
| 15497899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 23:51:13 | Capital One Bank (USA), N.A., by American |

Case 22-21094-TPA    Doc 20    Filed 07/23/22    Entered 07/24/22 00:23:15    Desc Imaged
                              Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: auto | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 89 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15487803 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 21 2022 23:51:25 | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487805 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 21 2022 23:51:19 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15487807 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jul 21 2022 23:51:25 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487809 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 21 2022 23:48:00 | Cb/sonyvisa, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15487808 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jul 21 2022 23:48:00 | Cb/sonyvisa, Po Box 182789, Columbus, OH 43218-2789 |
| 15487819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:26 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15487820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:14 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:26 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487832 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:26 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487834 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:26 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15487837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:21 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:21 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:26 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 21 2022 23:51:26 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15487841 | + | Email/Text: BKPT@cfna.com | | |
| | | | Jul 21 2022 23:48:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15487843 | + | Email/Text: BKPT@cfna.com | | |
| | | | Jul 21 2022 23:48:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15487845 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 21 2022 23:51:20 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15487846 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 21 2022 23:51:13 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15487847 | | Email/PDF: pa_dc_ed@navient.com | | |
| | | | Jul 21 2022 23:51:19 | Dept of Ed Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15487848 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 21 2022 23:48:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 15489473 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 21 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15487849 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 21 2022 23:48:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15487851 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jul 21 2022 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15487855 | + | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | | Jul 21 2022 23:48:00 | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |

Case 22-21094-TPA    Doc 20    Filed 07/23/22    Entered 07/24/22 00:23:15    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 89 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15487853 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 21 2022 23:48:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15492685 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 21 2022 23:48:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 15487814 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 21 2022 23:51:25 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15487810 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 21 2022 23:51:13 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15487818 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 21 2022 23:51:13 | Chase Saphire, PO Box 1423, Charlotte, NC 28201 |
| 15487858 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 21 2022 23:51:25 | Marriott / Chase, PO Box 1423, Charlotte, NC 28201 |
| 15497597 | + | Email/Text: RASEBN@raslg.com | Jul 21 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15493728 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 21 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15497254 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2022 23:51:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15497262 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 21 2022 23:51:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15487859 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 21 2022 23:51:14 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15487862 | + | Email/PDF: pa_dc_claims@navient.com | Jul 21 2022 23:51:25 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15487860 | + | Email/PDF: pa_dc_ed@navient.com | Jul 21 2022 23:51:25 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15487864 | + | Email/Text: paul@ndcupa.org | Jul 21 2022 23:48:00 | North Districts Comm Credit Union, 5321 William Flynn Highway, Gibsonia, PA 15044-9639 |
| 15487865 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 21 2022 23:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15487866 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 23:51:20 | Pottery Barn, PO Box 71087, Charlotte, NC 28272-1087 |
| 15487867 | | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:26 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15487868 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Sams Club MC, PO Box 960013, Orlando, FL 32896-0013 |
| 15487870 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15487871 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:14 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15488285 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15487872 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank SR, PO Box 530916, Atlanta, GA 30353-0916 |
| 15487875 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:14 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487873 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:14 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 89 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 15487879 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15487877 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:13 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15487882 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:14 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487881 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:25 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15487883 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:13 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15487885 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:26 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487888 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487887 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15487891 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487889 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:13 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15487893 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:25 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15487894 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:21 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487896 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487895 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 23:51:20 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15487904 | | Email/Text: bankruptcy@td.com | Jul 21 2022 23:48:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 15487897 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 23:48:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15487898 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 23:48:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15487899 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 23:48:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 15487901 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 23:48:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15487900 | + | Email/Text: bncmail@w-legal.com | Jul 21 2022 23:48:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 80

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15487794 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15487792 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15487798 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487799 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487801 | *+ | Capital One / Walmart, PO Box 71087, Charlotte, NC 28272-1087 |

Case 22-21094-TPA  Doc 20  Filed 07/23/22  Entered 07/24/22 00:23:15  Desc Imaged
Certificate of Notice  Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 89 |

| 15487804 | *+ | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487806 | *+ | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15487821 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487822 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487823 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487824 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487825 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487827 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487828 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487829 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487830 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487831 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487833 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487835 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15487842 | *+ | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15487844 | *+ | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15487850 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15487852 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15487815 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15487816 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15487817 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15487811 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15487812 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15487813 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15487863 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15487861 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15487876 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487874 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15487880 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15487878 | *+ | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15487884 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15487886 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487892 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487890 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 1 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

**Name**        **Email Address**

| District/off: 0315-2 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: pdf900 | Total Noticed: 89 |

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Kevin J. Grecek julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Diana L. Grecek julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6