FILED
9/21/22 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
Kevin J. Grecek : Case No. 22-21094 TPA
Diana L. Grecek : Chapter 13
    Debtors : Document No.25
  :
Kevin J. Grecek :
Diana L. Grecek :
    Movants :
  :
    vs. :
  :
Ronda Winnecour, Trustee, Office of the :
U.S. Trustee, Aidvantage, Barclays, Best :
Buy, Credit First, Capital One/Walmart, :
CB/Sony Visa, JP Morgan Chase, Citi Card, :
Citi Bank/Best Buy/Sunoco, Comenity, :
Credit First National Assoc., CWS/Nexus, :
Dept. of Edu, Discover, Duquesne Light :
Co., 5/3 Bank, Goldman Sachs and Co., :
Household Finance, JP Morgan Chase, :
LVNV Funding, Merrick Bank, Navient :
Solutions, North Districts Comm Credit :
Union, PNC Bank Retail Lending, PRA :
Receivables Management, PA Dept. of :
Revenue, Portfolio Recovery Assoc., Pottery :
Barn, Quantum3 Group, Sam's Club, :
Sunoco, Synchrony Bank/Amazon/Care :
Credit/Gap, JC Penney/Lowes/Old Navy/ :
Sams, TD Bank, Target, :
    Respondents :

## ORDER OF COURT

AND NOW, to wit, this \_\_\_\_\_21st\_\_\_\_\_ day of \_\_September_____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor are approved to co-sign for student loans for their child in an amount not to exceed $35,000.00 for the 2022-2023 academic year.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

dak

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21094-TPA |
| Kevin J. Grecek | Chapter 13 |
| Diana L. Grecek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin J. Grecek, Diana L. Grecek, 1449 Blossom Hill Road, Pittsburgh, PA 15234-2345 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Kevin J. Grecek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diana L. Grecek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7