**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/21/2023

IN RE:

KEVIN J. GRECEK
DIANA L. GRECEK
1449 BLOSSOM HILL ROAD
PITTSBURGH, PA 15234
XXX-XX-2350 Debtor(s)

XXX-XX-8083

Case No.22-21094 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/21/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |
| **SYNCHRONY BANK** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 0523 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: AMAZON/PRAE | |
| **HOUSEHOLD FINANCE CORP (RE)*++** | Trustee Claim Number:3 INT %: 5.00% | CRED DESC: MORTGAGE PAID IN FULL |
| ATTN REAL ESTATE PMT PROCESSNG | Court Claim Number:NC1 | ACCOUNT NO.: |
| 636 GRAND REGENCY BLVD | | |
| | CLAIM: 25,000.00 | |
| BRANDON, FL 33510 | COMMENT: $@5%/PL | |
| **NORTH DISTRICTS COMMUNITY CU** | Trustee Claim Number:4 INT %: 5.00% | CRED DESC: VEHICLE |
| 5321 WILLIAM FLYNN HWY | Court Claim Number: | ACCOUNT NO.: 5302 |
| | CLAIM: 12,482.00 | |
| GIBSONIA, PA 15044 | COMMENT: $@5%/PL | |
| **PNC BANK NA** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 3232 NEWMARK DR | Court Claim Number:51 | ACCOUNT NO.: 5922 |
| | CLAIM: 0.00 | |
| MIAMISBURG, OH 45342 | COMMENT: 1287.46/PL*PMT/DECLAR*DKT4PMT-LMT*BGN 7/22*TIMELY/OE 9-9-22 | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:48 | ACCOUNT NO.: 6736 |
| | CLAIM: 7,370.79 | |
| NORFOLK, VA 23541 | COMMENT: BARCLAYS BANK/PRICELINE | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:49 | ACCOUNT NO.: 6158 |
| | CLAIM: 3,341.91 | |
| NORFOLK, VA 23541 | COMMENT: BARCLAYS | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:15 | ACCOUNT NO.: 2404 |
| | CLAIM: 15,720.05 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:17 | ACCOUNT NO.: 3574 |
| | CLAIM: 877.92 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:16 | ACCOUNT NO.: 9154 |
| | CLAIM: 870.27 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

CLAIM RECORDS

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:21 | ACCOUNT NO.: 9042 |
| | CLAIM: 3,747.43 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: SYNCHRONY*WALMART/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:22 | ACCOUNT NO.: 4544 |
| | CLAIM: 1,125.51 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: SYNCHRONY*WALMART/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:18 | ACCOUNT NO.: 6765 |
| | CLAIM: 4,730.52 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: SYNCHRONY*WALMART/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:19 | ACCOUNT NO.: 7593 |
| | CLAIM: 947.77 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: CAP 1/HSBC BANK | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:20 | ACCOUNT NO.: 0364 |
| | CLAIM: 715.57 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: CAP 1/HSBC BANK | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:26 | ACCOUNT NO.: 8421 |
| | CLAIM: 1,512.02 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2489 | Court Claim Number:46 | ACCOUNT NO.: 5751 |
| | CLAIM: 864.25 | |
| KIRKLAND, WA 98083-2489 | COMMENT: COMENITY*SONY | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:13 | ACCOUNT NO.: 0323 |
| PO BOX 15368 | | |
| | CLAIM: 8,916.55 | |
| WILMINGTON, DE 19850 | COMMENT: SAPPHIRE | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:14 | ACCOUNT NO.: 7302 |
| PO BOX 15368 | | |
| | CLAIM: 5,356.43 | |
| WILMINGTON, DE 19850 | COMMENT: MARRIOT | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:23 | ACCOUNT NO.: 3510 |
| PO BOX 15368 | | |
| | CLAIM: 5,258.77 | |
| WILMINGTON, DE 19850 | COMMENT: IHG REWARDS | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:7 | ACCOUNT NO.: 6292 |
| PO BOX 15368 | | |
| | CLAIM: 1,599.43 | |
| WILMINGTON, DE 19850 | COMMENT: SLATE | |
| **LVNV FUNDING LLC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:37 | ACCOUNT NO.: 1060 |
| PO BOX 10587 | | |
| | CLAIM: 5,663.44 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:41 | ACCOUNT NO.: 7043 |
| PO BOX 10587 | | |
| | CLAIM: 3,123.48 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:39 | ACCOUNT NO.: 4328 |
| PO BOX 10587 | | |
| | CLAIM: 3,105.77 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:40 | ACCOUNT NO.: 3821 |
| PO BOX 10587 | | |
| | CLAIM: 2,894.94 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:38 | ACCOUNT NO.: 7025 |
| PO BOX 10587 | | |
| | CLAIM: 1,862.84 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:36 | ACCOUNT NO.: 5326 |
| PO BOX 10587 | | |
| | CLAIM: 1,066.54 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **CITIBANK NA**** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:43 | ACCOUNT NO.: 5596 |
| | CLAIM: 6,033.92 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: BESTBUY | |
| **CITIBANK NA**** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:42 | ACCOUNT NO.: 2663 |
| | CLAIM: 3,216.63 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: BESTBUY | |
| **CITIBANK NA**** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:44 | ACCOUNT NO.: 6555 |
| | CLAIM: 5,062.27 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: BESTBUY | |

**CLAIM RECORDS**

**CITIBANK NA****
6716 GRADE LN BLDG 9 STE 910-PY DEPT
LOUISVILLE, KY 50325-3439

Trustee Claim Number:31 INT %: 0.00%
Court Claim Number:45
CLAIM: 946.94
COMMENT: SUNOCO

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9490

---

**CREDIT FIRST NA***
BK 13 CREDIT OPERATIONS*
POB 818011*
CLEVELAND, OH 44181-8011

Trustee Claim Number:32 INT %: 0.00%
Court Claim Number:4
CLAIM: 1,449.85
COMMENT: X3929/SCH*FIRESTONE

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8083

---

**CREDIT FIRST NA***
BK 13 CREDIT OPERATIONS*
POB 818011*
CLEVELAND, OH 44181-8011

Trustee Claim Number:33 INT %: 0.00%
Court Claim Number:3
CLAIM: 1,136.03
COMMENT: X8711/SCH*FIRESTONE

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2350

---

**MERRICK BANK**
C/O RESURGENT CAPITAL SVCS**
POB 10368
GREENVILLE, SC 29603-0368

Trustee Claim Number:34 INT %: 0.00%
Court Claim Number:12
CLAIM: 2,797.44
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 6066

---

**DISCOVER BANK(*)**
C/O DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

Trustee Claim Number:35 INT %: 0.00%
Court Claim Number:1
CLAIM: 16,677.29
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2055

---

**DISCOVER BANK(*)**
C/O DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

Trustee Claim Number:36 INT %: 0.00%
Court Claim Number:2
CLAIM: 7,434.19
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0365

---

**FIFTH THIRD BANK**
ATTN CONSUMER BKRPTCY PMT DIVISION**
1830 EAST PARIS SE MS#RSCB3E
GRAND RAPIDS, MI 49546

Trustee Claim Number:37 INT %: 0.00%
Court Claim Number:6
CLAIM: 7,901.68
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 3914

---

**GOLDMAN SACHS BANK USA**
111 MAIN ST 8TH FL
SALT LAKE CITY, UT 84101

Trustee Claim Number:38 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1117

---

**AIDVANTAGE O/B/O THE DEPARTMENT OF EDU**
PO BOX 4450
PORTLAND, OR 97208

Trustee Claim Number:39 INT %: 0.00%
Court Claim Number:50
CLAIM: 279,374.24
COMMENT: X0128/SCH*GU BAR TIMELY

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2350

---

**NAVIENT**
PO BOX 9500
WILKES-BARRE, PA 18773-9500

Trustee Claim Number:40 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NT ADR/SCH*CLM@39

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0128

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:28 | ACCOUNT NO.: 3368 |
| PO BOX 10587 | | |
| | CLAIM: 1,210.39 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY BANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:29 | ACCOUNT NO.: 6060 |
| PO BOX 10587 | | |
| | CLAIM: 5,619.16 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*AMAZON | |
| **LVNV FUNDING LLC** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:31 | ACCOUNT NO.: 0523 |
| PO BOX 10587 | | |
| | CLAIM: 4,244.86 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*AMAZON | |
| **LVNV FUNDING LLC** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:33 | ACCOUNT NO.: 8728 |
| PO BOX 10587 | | |
| | CLAIM: 5,015.61 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*DICK'S SPORTING GOODS*CARE CREDIT/SCH | |
| **LVNV FUNDING LLC** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:32 | ACCOUNT NO.: 8908 |
| PO BOX 10587 | | |
| | CLAIM: 3,611.35 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCH*DICK'S SPORTING GOODS*CARE CREDIT/SCH | |
| **LVNV FUNDING LLC** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 8559 |
| PO BOX 10587 | | |
| | CLAIM: 317.66 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*GAP | |
| **LVNV FUNDING LLC** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:27 | ACCOUNT NO.: 2341 |
| PO BOX 10587 | | |
| | CLAIM: 4,714.08 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*JCP | |
| **LVNV FUNDING LLC** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.: 7247 |
| PO BOX 10587 | | |
| | CLAIM: 4,503.93 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*JCP | |
| **LVNV FUNDING LLC** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:30 | ACCOUNT NO.: 8539 |
| PO BOX 10587 | | |
| | CLAIM: 5,370.93 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*LOWES | |
| **LVNV FUNDING LLC** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:35 | ACCOUNT NO.: 4370 |
| PO BOX 10587 | | |
| | CLAIM: 5,132.83 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*OLD NAVY | |

CLAIM RECORDS

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:34 | ACCOUNT NO.: 7518 |
| PO BOX 10587 | | |
| | CLAIM: 3,806.25 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*OLD NAVY | |
| **LVNV FUNDING LLC** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.: 7069 |
| PO BOX 10587 | | |
| | CLAIM: 6,027.43 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*SAMS | |
| **LVNV FUNDING LLC** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.: 7856 |
| PO BOX 10587 | | |
| | CLAIM: 3,663.31 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNCHRONY*SAMS | |
| **TD BANK USA NA**** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:25 | ACCOUNT NO.: 2222 |
| PO BOX 3978 | | |
| | CLAIM: 3,287.79 | |
| SEATTLE, WA 98124 | COMMENT: | |
| **TD BANK USA NA**** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:24 | ACCOUNT NO.: 6715 |
| PO BOX 3978 | | |
| | CLAIM: 1,828.50 | |
| SEATTLE, WA 98124 | COMMENT: | |
| **TD BANK**** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 1931 | Court Claim Number:5 | ACCOUNT NO.: 5966 |
| | CLAIM: 4,496.31 | |
| BURLINGAME, CA 94011 | COMMENT: | |
| **KML LAW GROUP PC*** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: PNC/PRAE | |
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:47 | ACCOUNT NO.: 5293 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 147.52 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |
| **PNC BANK NA** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 3232 NEWMARK DR | Court Claim Number:51 | ACCOUNT NO.: 5922 |
| | CLAIM: 3,740.12 | |
| MIAMISBURG, OH 45342 | COMMENT: $0/PL*THRU 6/22*TIMELY/OE 9-9-22 | |