IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Kevin J. Grecek | : | Case No. 22-21094-JCM |
| Diana L. Grecek | : | Chapter 13 |
|     Debtors | : | Document No. |
| | : | |
| Kevin J. Grecek | : | |
| Diana L. Grecek | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda Winnecour, Trustee, Office of the | : | |
| U.S. Trustee, Aidvantage, Barclays, Best | : | |
| Buy, Credit First, Capital One/Walmart, | : | |
| CB/Sony Visa, JP Morgan Chase, Citi Card, | : | |
| Citi Bank/Best Buy/Sunoco, Comenity, | : | |
| Credit First National Assoc., CWS/Nexus, | : | |
| Dept. of Edu, Discover, Duquesne Light | : | |
| Co., 5/3 Bank, Goldman Sachs and Co., | : | |
| Household Finance, JP Morgan Chase, | : | |
| LVNV Funding, Merrick Bank, Navient | : | |
| Solutions, North Districts Comm Credit | : | |
| Union, PNC Bank Retail Lending, PRA | : | |
| Receivables Management, PA Dept. of | : | |
| Revenue, Portfolio Recovery Assoc., Pottery | : | |
| Barn, Quantum3 Group, Sam's Club, | : | |
| Sunoco, Synchrony Bank/Amazon/Care | : | |
| Credit/Gap, JC Penney/Lowes/Old Navy/ | : | |
| Sams, TD Bank, Target, | : | |
|     Respondents | : | |

**<u>ORDER OF COURT</u>**

AND NOW, to wit, this _____ day of _____, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor are approved to co-sign for student loans for their child in an amount not to exceed $35,000.00 for the 2023-2024 academic year.

FURTHER ORDERED:

_____
Honorable John C. Melaragno
U.S. Bankruptcy Judge