IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Kevin J. Grecek | : | Case No. 22-21094-JCM |
| Diana L. Grecek | : | Chapter 13 |
| Debtors | : | Document No. 41 |
| | : | |
| Kevin J. Grecek | : | |
| Diana L. Grecek | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda Winnecour, Trustee, Office of the | : | |
| U.S. Trustee, Aidvantage, Barclays, Best | : | |
| Buy, Credit First, Capital One/Walmart, | : | |
| CB/Sony Visa, JP Morgan Chase, Citi Card, | : | |
| Citi Bank/Best Buy/Sunoco, Comenity, | : | |
| Credit First National Assoc., CWS/Nexus, | : | |
| Dept. of Edu, Discover, Duquesne Light | : | |
| Co., 5/3 Bank, Goldman Sachs and Co., | : | |
| Household Finance, JP Morgan Chase, | : | |
| LVNV Funding, Merrick Bank, Navient | : | |
| Solutions, North Districts Comm Credit | : | |
| Union, PNC Bank Retail Lending, PRA | : | |
| Receivables Management, PA Dept. of | : | |
| Revenue, Portfolio Recovery Assoc., Pottery | : | |
| Barn, Quantum3 Group, Sam's Club, | : | |
| Sunoco, Synchrony Bank/Amazon/Care | : | |
| Credit/Gap, JC Penney/Lowes/Old Navy/ | : | |
| Sams, TD Bank, Target, | : | |
| Respondents | : | |

**ORDER OF COURT**

AND NOW, to wit, this _____29th_____ day of _____August_____, 2023, it is

hereby ORDERED, ADJUDGED, and DECREED, that the Debtors are approved to co-sign

student loans for their child in an amount not to exceed $35,000.00 for the 2023-2024 academic

year.

_____
jlm

SIGNED                    Honorable John C. Melaragno
8/29/23 12:47 pm          U.S. Bankruptcy Judge
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                           Case No. 22-21094-JCM

Kevin J. Grecek                                                                  Chapter 13

Diana L. Grecek

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                              Page 1 of 2

Date Rcvd: Aug 29, 2023                       Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin J. Grecek, Diana L. Grecek, 1449 Blossom Hill Road, Pittsburgh, PA 15234-2345 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Debtor Kevin J. Grecek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Diana L. Grecek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Aug 29, 2023                       Form ID: pdf900                          Total Noticed: 1

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7