## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KEVIN J. GRECEK
DIANA L. GRECEK

Case No. 22-21094JCM

        Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

        Movant

        vs.

Document No __

HOUSEHOLD FINANCE CORP (RE)*++

        Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE PAID IN FULL to be issued in this case and relating to Debtor's account number .

Regular mortgage payments are currently being directed to the following creditor at the following address:
HOUSEHOLD FINANCE CORP (RE)*++
ATTN REAL ESTATE PMT PROCESSNG
636 GRAND REGENCY BLVD
BRANDON,FL 33510

Movant has been requested to send payments to:
WSFS FINANCIAL
500 DELAWARE AVE
WILMINGTON DE 19801

ACCOUNT NUMBER UNKNOWN

The Chapter 13 Trustee's CID Records of HOUSEHOLD FINANCE CORP (RE)*++ have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/25/2025.

cc:    Debtor
        Original creditor
        Putative creditor
        Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KEVIN J. GRECEK, DIANA L. GRECEK,
1449 BLOSSOM HILL ROAD,
PITTSBURGH, PA  15234

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
HOUSEHOLD FINANCE CORP (RE)*++,
ATTN REAL ESTATE PMT PROCESSNG,
636 GRAND REGENCY BLVD, BRANDON,
FL  33510

NEW CREDITOR:
WSFS FINANCIAL
500 DELAWARE AVE
WILMINGTON DE 19801