FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kevin J. Grecek**
**Diana L. Grecek**

             **Debtor(s).**

_____

Case No. 22-21094-JCM

Chapter 13

Related to Doc Nos. 5 & 19

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: <u>the Trustee</u>

- ❑ a motion to lift stay
  as to creditor  _____

- ❑ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated <u>June 6, 2022</u>
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $<u>2,540.00</u> to $<u>2,692.00</u> per <u>month,</u> effective <u>August 2025</u>; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]   -1-

FORM JCM 13-3

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>The allowed late filed mortgage claim of PNC Bank (Claim #51) shall govern, and the arrears are to be paid.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]

FORM JCM 13-3

**SO ORDERED**, this  8th  day of       August       , 2025

Dated:   August 8, 2025   

_____dak_____
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
8/8/25 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Kenneth Steidl
Kenneth Steidl (PA I.D. #34965)
Counsel to Debtor
Steidl & Steinberg
436 Seventh Avenue, Suite 322
Koppers Building
Pittsburgh, PA  15219
412-391-8000
ksteidl@steidl-steinberg.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]    -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin J. Grecek  
Diana L. Grecek  
    Debtors

Case No. 22-21094-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6  
Date Rcvd: Aug 08, 2025      Form ID: pdf900      Total Noticed: 95

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin J. Grecek, Diana L. Grecek, 1449 Blossom Hill Road, Pittsburgh, PA 15234-2345 |
| 15487840 | + | Comnenity / Sony Visa, PO Box 650969, Dallas, TX 75265-0969 |
| 15487857 | | Household Finance, 1604 W Newport Pike, Wilmington, DE 19804-3500 |
| 15487869 | + | Sunoco Inc., PO Box 70608, Philadelphia, PA 19176-0608 |
| 15487903 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2025 00:20:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15508462 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 09 2025 01:26:32 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15487790 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2025 00:03:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 15487793 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2025 00:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15487791 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2025 00:03:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15487795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:18:59 | Best Buy, PO Box 70601, Philadelphia, PA 19176-0601 |
| 15487796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 01:16:15 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 15489486 | | Email/Text: BKPT@cfna.com | Aug 09 2025 00:02:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 15487797 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 01:16:15 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 00:16:57 | Capital One / Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15487802 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 00:17:33 | Capital One / Walmart Dc, PO Box 71087, Charlotte, NC 28272-1087 |
| 15497899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 01:16:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15487803 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 00:20:22 | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 95 |

| | | | | |
|---|---|---|---|---|
| 15487805 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 00:20:46 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15487807 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 01:16:12 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487809 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2025 00:03:00 | Cb/sonyvisa, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 15487808 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2025 00:03:00 | Cb/sonyvisa, Po Box 182789, Columbus, OH 43218-2789 |
| 15487810 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2025 00:16:53 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15487814 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2025 01:16:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15487818 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2025 00:17:08 | Chase Saphire, PO Box 1423, Charlotte, NC 28201-1423 |
| 15487819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:20:40 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15487820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 01:16:06 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:17:45 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487832 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:20:54 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487834 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:45:25 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15503887 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 01:05:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15487837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:18:55 | Citibank/Best Buy, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:17:34 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 00:17:20 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2025 01:16:08 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15487841 | + | Email/Text: BKPT@cfna.com | Aug 09 2025 00:02:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15487843 | + | Email/Text: BKPT@cfna.com | Aug 09 2025 00:02:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15487845 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2025 00:17:37 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15487846 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2025 00:18:56 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15487847 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 09 2025 01:15:58 | Dept of Ed Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15487848 | + | Email/Text: mrdiscen@discover.com | Aug 09 2025 00:02:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 15489473 | | Email/Text: mrdiscen@discover.com | Aug 09 2025 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15487849 | + | Email/Text: mrdiscen@discover.com | Aug 09 2025 00:02:00 | Discover Financial, Po Box 30939, Salt Lake City, |

Case 22-21094-JCM   Doc 54   Filed 08/10/25   Entered 08/11/25 00:27:43   Desc Imaged
Certificate of Notice   Page 6 of 9

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 95 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | UT 84130-0939 |
| 15487851 | + | Email/Text: mrdiscen@discover.com | Aug 09 2025 00:02:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15505399 | + | Email/Text: jdryer@bernsteinlaw.com | Aug 09 2025 00:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15487855 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 09 2025 00:03:00 | Fifth Third Bank, PO Box 740789, Cincinnati, OH 45274-0789 |
| 15487853 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 09 2025 00:03:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 15487854 | | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 09 2025 00:03:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 15492685 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Aug 09 2025 00:02:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 15487856 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 09 2025 00:03:00 | Goldman Sachs And Co, PO Box 70321, Philadelphia, PA 19176-0321 |
| 15497597 | + | Email/Text: RASEBN@raslg.com | Aug 09 2025 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15493728 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 09 2025 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15497254 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2025 00:18:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15497262 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2025 00:18:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15487858 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2025 01:16:05 | Marriott / Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 15487859 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2025 00:34:21 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15487862 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 09 2025 00:45:28 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15487860 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 09 2025 00:17:40 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15487864 | + | Email/Text: paul@ndcupa.org | Aug 09 2025 00:02:13 | North Districts Comm Credit Union, 5321 William Flynn Highway, Gibsonia, PA 15044-9639 |
| 15487865 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2025 00:02:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15515752 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2025 00:02:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15506081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2025 00:18:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15487866 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2025 00:45:44 | Pottery Barn, PO Box 71087, Charlotte, NC 28272-1087 |
| 15503943 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2025 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15487867 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 09 2025 00:20:24 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 15487868 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 09 2025 00:18:42 | Sams Club MC, PO Box 960013, Orlando, FL 32896-0013 |

Case 22-21094-JCM   Doc 54   Filed 08/10/25   Entered 08/11/25 00:27:43   Desc Imaged
                              Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 4 of 6 |
| --- | --- | --- |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 95 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15487870 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:16:49 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15487871 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:16:53 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15488285 | ^ MEBN | | Aug 08 2025 23:57:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15487872 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:16:49 | Synchrony Bank SR, PO Box 530916, Atlanta, GA 30353-0916 |
| 15487875 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:18:38 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487873 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:18:32 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15487879 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:20:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15487877 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:16:49 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15487882 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:18:53 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487881 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:17:43 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15487883 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:20:16 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15487885 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:17:26 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487888 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:16:54 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487887 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:45:41 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15487891 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:16:49 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487889 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:17:01 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15487893 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:17:28 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15487894 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:20:32 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487896 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:17:01 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487895 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 09 2025 00:18:37 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15487904 | Email/Text: bankruptcy@td.com | | Aug 09 2025 00:03:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 15487902 | + Email/Text: bankruptcy@td.com | | Aug 09 2025 00:03:00 | TD Bank, PO Box 100290, Columbia, SC 29202-3290 |
| 15500984 | + Email/Text: bncmail@w-legal.com | | Aug 09 2025 00:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15491326 | ^ MEBN | | Aug 08 2025 23:56:24 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15487897 | + Email/Text: bncmail@w-legal.com | | | |

Case 22-21094-JCM   Doc 54   Filed 08/10/25   Entered 08/11/25 00:27:43   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 95 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| 15487898 | + Email/Text: bncmail@w-legal.com | Aug 09 2025 00:03:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| | | Aug 09 2025 00:03:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15487899 | + Email/Text: bncmail@w-legal.com | Aug 09 2025 00:03:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 15487901 | + Email/Text: bncmail@w-legal.com | Aug 09 2025 00:03:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15487900 | + Email/Text: bncmail@w-legal.com | Aug 09 2025 00:03:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 90

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15487794 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15487792 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15487798 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487799 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487801 | *+ | Capital One / Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15487804 | *+ | Capital One NA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15487806 | *+ | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15487811 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15487812 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15487813 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15487815 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15487816 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15487817 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15487821 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487822 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487823 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487824 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487825 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15487827 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487828 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487829 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487830 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487831 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487833 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15487835 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15487842 | *+ | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15487844 | *+ | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15487850 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15487852 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15487863 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15487861 | *+ | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15487876 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487874 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15487880 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15487878 | *+ | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15487884 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15487886 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487892 | *+ | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15487890 | *+ | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 1 Undeliverable, 40 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 6 of 6
Date Rcvd: Aug 08, 2025 | Form ID: pdf900 | Total Noticed: 95

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Kevin J. Grecek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diana L. Grecek julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6