**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KEVIN J. GRECEK                                                                 Case No. 22-21094JCM
DIANA L. GRECEK

        Debtor(s)                                                 Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant                                                      Document No __
    vs.
NORTH DISTRICTS COMMUNITY CU*


        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.


NORTH DISTRICTS COMMUNITY CU*                Court claim# /Trustee CID# 4
5321 WILLIAM FLYNN HWY
GIBSONIA, PA 15044


The Movant further certifies that on 01/13/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                          /s/ Ronda J. Winnecour
                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
cc:  debtor(s)                                                 SUITE 3250 US STEEL TWR
    original creditor                                    PITTSBURGH, PA  15219
    putative creditor                                   (412) 471-5566
    counsel for debtor(s)                             cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>KEVIN J. GRECEK, DIANA L. GRECEK,<br>1449 BLOSSOM HILL ROAD, PITTSBURGH<br>PA  15234 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL &<br>STEINBERG PC, 436 SEVENTH AVE STE<br>322, KOPPERS BUILDING, PITTSBURGH,<br>PA  15219 |
| ORIGINAL CREDITOR:<br>NORTH DISTRICTS COMMUNITY CU*,<br>5321 WILLIAM FLYNN HWY, GIBSONIA,<br>PA  15044<br><br>NEW CREDITOR: | |