IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-21094 JCM |
| | ) | Chapter 13 |
| Kevin Grecek, | ) | Docket No. |
| Diana Grecek | ) | |
|    *Debtor(s)* | ) | |
| | ) | |
| Kevin Grecek, | ) | |
| Diana Grecek | ) | |
|    *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    *Respondent(s)* | ) | |

## CONSENT ORDER APPROVING DEBTOR TO FINANCE A NEW OR USED VEHICLE

AND NOW, to wit, this _____ day of _____, 2026, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors is in need of a safe motor vehicle;

2. The Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    a. The total amount of financing **shall not exceed** $25,000.00; and

    b. The monthly payments made under the financing agreement **shall not exceed $500.00.**

3. To extent the Debtor secures financing for the purchase of a new vehicle, such payments **shall be made through the Chapter 13 plan**. With **30 Days** of securing such financing. Debtor shall file:

    a. An amended Chapter 13 plan; and;

    b. A report of financing

4. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The

supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan. Pending confirmation of any amended plan providing for the new post-petition loan payments, the trustee is authorized to make monthly adequate protection payments to the post-petition automobile lender for the contract amount so long as sufficient supplemental funds are provided by Debtor.

5. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file a proof of the same with the Court.

6. The Debtor is permitted to use the 2012 Ford Expedition and/or the 2014 Ford Fiesta as a trade-in toward the purchase of this new vehicle.

_____
Honorable John C. Meleragno
U.S. Bankruptcy Judge

/s/ Kate DeSimone
Kate DeSimone, Esquire
Counsel for the Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor